IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CODY LEE FULGHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:17-CV-239-WKW |
| | ) | |
| HOUSTON COUNTY SHERIFF'S OFFICE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On May 1, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 4.) Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 4) is ADOPTED; and

2. This action is DISMISSED with prejudice prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(i) and (iii).

A final judgment will be entered separately.

DONE this 30th day of May, 2017.

                                        /s/ W. Keith Watkins
                         CHIEF UNITED STATES DISTRICT JUDGE